WILL ARMSTRONG V. THE STATE.

*No. 799.   Decided June 26.*

**Gaming in an Outhouse—Evidence Sufficient.**—On a prosecution for playing cards in an outhouse, the charge is fully established by evidence that men were seen frequently resorting to the house; that it was an outhouse, and that the room in which the playing took place was furnished with a table, several boxes, and chairs. Following Wheelock v. The State, 15 Texas, 257.

APPEAL from the County Court of Coke. Tried below before Hon. D. T. AVERITT.

This is an appeal from a conviction of playing cards in an outhouse, the punishment being assessed at a fine of $17.50.

No statement necessary.

No brief for appellant.

*Mann Trice,* Assistant Attorney-General, for the State.

DAVIDSON, JUDGE.—Appellant was convicted of gaming in an outhouse where people resort. This a companion case to Moore v. The State, 31 S. W. Rep., 649. No exceptions were reserved in the case, however, to the introduction of testimony, or to any other ruling of the court. Under the ruling in Wheelock's cases, 15 Texas, 257–260, this case is clearly made out. On more than one occasion card playing occurred in said house. "Frequently, last winter, I saw men who were stopping here in town resorting to this house," testified one of the witnesses. It was an outhouse, and the room where the playing took place was furnished "with a table, a box or two, and a chair or two." Gaming occurred in the house, it was an outhouse, and people frequently resorted to said house. The case was amply made out. Wheelock's cases, 15 Texas, 257–260.

The judgment is affirmed.

*Affirmed.*

Judges all present and concurring.